[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-14061

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ALPHONSO WHITE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:22-cr-00051-WLS-TQL-1

_____

2                           Opinion of the Court                     23-14061

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Alphonso White appeals his 169-month sentence for possession with intent to distribute fentanyl. The government has filed a motion to dismiss the appeal pursuant to the appeal waiver in White's plea agreement.

Because the written plea agreement and the Rule 11 colloquy make clear that White knowingly and voluntarily waived his right to appeal his sentence (with exceptions not applicable here), we will enforce the appeal waiver without requiring the government to brief the merits of the appeal. *See United States v. Buchanan*, 131 F.3d 1005, 1008 (11th Cir. 1997); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993). The government's motion to dismiss this appeal is GRANTED.